AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LUCAS THOMAS PEREIRA<br><br>Defendant. | Case No.   5:26-MJ-39 (ML) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of February 18, 2026 in the county of Jefferson in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(2) | Eluding Examination or Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒   Continued on the attached sheet.

_____
Complainant's signature

Derek M. Ciulla, Supervisory Border Patrol Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   February 19, 2026

_____
Judge's signature

City and State:   Binghamton, NY

Hon. Miroslav Lovric, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derek M. Ciulla, hereby depose and state under penalty of perjury:

1. I am a United States Supervisory Border Patrol Agent ("SBPA") currently assigned to the Buffalo Sector, Wellesley Island Border Patrol Station. I have been a Border Patrol Agent for five (5) years and have been assigned to the Buffalo Sector as a Supervisory Border Patrol Agent since October 2025. I successfully completed training at the United States Border Patrol Academy in 2021, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a Border Patrol Agent. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging the defendant with violating 8 U.S.C. § 1325(a)(2), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from eluding examination or inspection by immigration officers.

### Probable Cause

3. On February 18, 2026, Border Patrol Agents (BPAs) stopped a blue van bearing Pennsylvania license plate MKA3724 on State Rte. 3 in Black River, NY and encountered the defendant. Black River, NY, and surrounding areas, located approximately 35 driving miles from the U.S./Canadian border, is known for the presence of individuals illegally in the United States who actively avoid law enforcement contact. The region is also associated with smuggling activities.

4. BPAs previously identified a white van registered to the same address as the blue van with the Pennsylvania license plates, working at Pine Camp Apartments in Watertown, NY— a location known for subjects illegally present in the United States. Records showed the blue van was registered to a contracting company in Philadelphia, Pennsylvania, at the same address as the white van, which was registered to Reginaldo De Oliveira, a B1/B2 visa overstay. The white van was present during a prior arrest and fled after another vehicle linked to Pine Camp Apartments was apprehended. During an immigration stop of the blue van on State Route 3 in Black River, NY, the defendant was encountered in the backseat of the vehicle.

5. BPAs identified themselves and asked the defendant for his immigration status. The defendant admitted that he is a citizen of Brazil. The defendant was transported to the United States Border Patrol Wellesley Island station for further processing.

6. At the station, BPAs fingerprinted the defendant and records checks confirmed that the defendant is not a citizen or national of the United States; that he did not have permission to enter the United States; and that the defendant had not been examined or inspected by immigration officers.

7. The defendant waived his *Miranda* rights and admitted that he unlawfully entered the United States by crossing the southern border in 2016 and was not inspected or examined by immigration officers.

## Conclusion

8.    Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendant with eluding examination or inspection by immigration officers, in violation of 8 U.S.C. § 1325(a)(2).

Agent Derek M. Ciulla
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   02/19/2026

Hon. Miroslav Lovric
United States Magistrate Judge